UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>THOMAS MAYS,<br>    Defendant. | CRIMINAL NO. 5:15-71-KKC<br><br><br><u>ORDER</u> |

\* \* \* \* \* \* \* \* \*

This matter was referred to the Magistrate Judge for the purpose of conducting rearraignment proceedings for the above defendant. The Magistrate Judge has filed a recommendation that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Counts 1 and 4 of the Indictment. No objections have been filed and, having reviewed the record, the Court finds that the Magistrate Judge satisfied all requirements of Federal Rule of Criminal Procedure 11 and the United States Constitution. Accordingly, the Court hereby adopts the Magistrate Judge's Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty for this defendant as to Counts 1 and 4 of the Indictment.

    Dated April 20, 2016.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY